**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7430**

———————

ERNEST LEE JUDGE,

                              Petitioner - Appellant,

        versus

MICHAEL MOORE; ATTORNEY GENERAL OF THE STATE
OF SOUTH CAROLINA,

                              Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Charles E. Simons, Jr., Senior Dis-
trict Judge.  (CA-98-2578-06BC)

———————

Submitted:  February 10, 2000        Decided:  February 14, 2000

———————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Ernest Lee Judge, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ernest Lee Judge seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Judge v. Moore, No. CA-98-2578-06BC (D.S.C. Sept. 23, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on September 21, 1999, the district court's records show that it was entered on the docket sheet on September 23, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2